District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JUAN JOSE FRANCO and MELIH ULUHAN,<br><br>                     Petitioners,<br><br>    v.<br><br>UR JADDOU, *et al.*,<br><br>                     Respondents. | Case No. 2:24-cv-01047-TL<br><br>STIPULATED MOTION TO REMAND AND DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>July 31, 2024 |

The parties STIPULATE and MOVE under Local Civil Rules 7(d)(1) and 10(g) to remand this case to United States Citizenship and Immigration Services ("USCIS") for adjudication of Plaintiffs' N-400s, Applications for Naturalization.  In support of this motion, USCIS agrees to adjudicate Plaintiffs' N-400 Applications or to schedule an interview within 60 days of the remand order.  If an interview is scheduled, USCIS will adjudicate Plaintiffs' N-400 Applications within 60 days of the interview date.

USCIS further represents that if Plaintiff's N-400 Application is denied and Plaintiff electronically submits an N-336 Request for a Hearing on a Decision in Naturalization Proceedings, USCIS will schedule the N-336 hearing to be held within 51 days after the denial date. However, if Plaintiff submits an N-336 by mail to a lockbox for filing, USCIS will schedule

STIPULATED MOTION TO REMAND
[Case No. 2:24-cv-01047-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

the N-336 hearing to be held within 65 days after the denial date. Furthermore, USCIS agrees to issue a final decision within 180 days after the N-336 hearing.  The parties therefore believe that a remand to USCIS will allow for the most expeditious resolution of this matter.

Accordingly, the parties stipulate that the case is dismissed without prejudice and with leave to refile if necessary and is remanded to USCIS for the purpose of adjudicating Plaintiffs' N-400 Applications in the time stated above.  The parties shall bear their own costs and fees.

DATED this 31st day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | LAW OFFICES OF BART KLEIN |
| TESSA M. GORMAN<br>United States Attorney | *s/ Bart Klein*<br>BART KLEIN, WSBA #10909<br>605 First Avenue South, Suite 500 |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826 | Seattle, WA 98104<br>Phone: (206) 624-3787<br>Fax:    (206) 238-9975<br>Email:  Bart.Klein@bartklein.com<br><br>*Attorney for Petitioners* |
| (253) 428-38<br>Email:  michelle.lambert@usdoj.gov | |

*Attorneys for Respondents*

**I certify that this memorandum contains 224 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION TO REMAND
[Case No. 2:24-cv-01047-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the case is remanded to USCIS and dismissed without prejudice and without an award of costs or fees to either party.  USCIS shall either adjudicate Plaintiffs' N-400 Applications or schedule an interview within 60 days of the remand order.  If an interview is scheduled, USCIS thereafter shall adjudicate Plaintiff's N-400 Application within 60 days of the interview date. If the Plaintiffs' N-400 Application is denied and the Plaintiff electronically submits an N-336 Request for a Hearing on a Decision in Naturalization Proceedings, USCIS shall schedule the N-336 hearing to be held within 51 days after the denial date. However, if Plaintiff submits an N-336 by mail to a lockbox for filing, USCIS shall schedule the N-336 hearing to be held within 65 days after the denial date. Furthermore, USCIS shall issue a final decision within 180 days after the N-336 hearing.

Dated this 31st day of July 2024.

Tana Lin
United States District Judge

STIPULATED MOTION TO REMAND
[Case No. 2:24-cv-01047-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800